IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DEVAUGHN DORSEY,
        Petitioner,

v.

UNITED STATES OF AMERICA,
        Respondent.

NO. 2:14-cv-00938-RSL

[~~PROPOSED~~] ORDER RE MOTION TO WITHDRAW

THIS COURT, having considered the Petitioner's Motion to Withdraw as Counsel hereby ORDERS:

The motion for Petitioner's counsel to withdraw is hereby GRANTED.

DATED, this **20**th day of **December** 2017.

_____
Robert Lasnik
United States District Judge

Presented by:

/s/ ARTURO D MENÉNDEZ
Arturo D. Menéndez
Withdrawing Counsel for Mr. Dorsey
WSBA No. 43880

ORDER ON WITHDRAWAL - 1

*Dorsey v. United States,*
Cause No. 2:14-cv-00938-RSL

MENÉNDEZ LAW FIRM
1001 Fourth Ave., Ste. 3200
SEATTLE, WASHINGTON 98154
TELEPHONE: (206) 467-5987
FAX: (888) 234-9033