The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVAUGHN DORSEY, | NO. C14-938RSL |
| Petitioner, | [PROPOSED] |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Based upon the reasoning set forth in the government's Motion to Stay briefing schedule, and on the entirety of the file in this case,

IT IS HEREBY ORDERED that the briefing schedule as to petitioner's 2255 motion and motions to supplement and amend filed as Docket Numbers 4, 9, 11, 18, 22, 23, 24, 27, and 28, is stayed pending any direct appeal of this Court's denial of the motion for new trial in related Criminal Case Number CR08-245RSL.

DATED this 10th day of January, 2018

/s/ Robert S. Lasnik
ROBERT S. LASNIK
United States District Judge

Presented by:
/s Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney

[Proposed] ORDER/
*Dorsey v. United States*, C14-938RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970