UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVAUGHN DORSEY,<br><br>             Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | CASE NO. C14-938 RSL<br><br>**ORDER DIRECTING PETITIONER TO SUBMIT IFP APPLICATION** |

Petitioner's Motion to Appoint Counsel, Dkt. 30, has been referred to this Court. Because the motion was submitted without a completed application to proceed in forma pauperis and current prison trust information, the Court **ORDERS**:

    1)    Petitioner shall submit a completed IFP application by February 20, 2018. If no IFP application is submitted, the Court will recommend the motion to appoint counsel be denied.

    2)    The Clerk shall provide petitioner with a copy of the appropriate IFP application.

DATED this 23rd day of January, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge