UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVAUGHN DORSEY,

                      Petitioner,

     v.

UNITED STATES OF AMERICA,

                   Respondent.

CASE NO. C14-938 RSL-BAT

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

Devaughn Dorsey moves the Court to appoint counsel to represent him in a pending 28 U.S.C. § 2255 motion. Dkt. 30. The Court, having considered the record ORDERS:

(1)     Mr. Dorsey's motion is GRANTED, and the Court appoints the Federal Public Defender to represent petitioner in the § 2255 proceeding.

(2)     The Clerk shall send copies of this Order to petitioner, to the Federal Public Defender, to counsel for respondents, and to the assigned District Judge.

DATED this 14th day of January, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge