UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVAUGHN DORSEY,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 14-CV-938-RSL

ORDER LIFTING STAY
AND DIRECTING THE
UNITED STATES TO
ANSWER § 2255 PETITION

This matter comes before the Court on petitioner Devaughn Dorsey's "Agreed Motion to Lift Stay and Agreed Dates for Further Briefing." Dkt. #37. Mr. Dorsey also filed a "Motion to Amend the Petition" on January 6, 2020. See Dkt. #36.

On January 10, 2018, the Court stayed briefing in this matter pending the appeal of Mr. Dorsey's related criminal case (United States v. Dorsey, No. 08-CR-245-RSL). See Dkt. #31. The Ninth Circuit affirmed this Court's Order denying Mr. Dorsey's motion for a new trial, and issued its mandate on August 5, 2019. See Dorsey, No. 08-CR-245-RSL, Dkt. #597; id., Dkt. #598. Mr. Dorsey indicates that the government does not oppose his motion to lift the stay in this matter. See Dkt. #37 at 1.

Because Mr. Dorsey's appeal is now complete, the Court HEREBY ORDERS:

(1)    Mr. Dorsey's motion to lift stay (Dkt. #37) is GRANTED.

(2)    On or before February 21, 2020, the United States shall file and serve an Answer to Mr. Dorsey's § 2255 petition in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States District Courts.

ORDER LIFTING STAY - 1

(3)     The United States' Answer shall be noted for consideration on March 20, 2020. Petitioner may file a Reply to the Answer no later than the noting date.

DATED this 13th day of January, 2020.


*MM S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER LIFTING STAY - 2