The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVAUGHN DORSEY,<br><br>    Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent. | CASE NO. 2:14-cv-00938-RSL<br><br>**ORDER** |

Having read and considered the parties' Stipulation Concerning Briefing Schedule, it is therefore

ORDERED that the United States has until on or before March 6, 2020, to file its response in this matter, and it is further

ORDERED that the Defendant-Petitioner shall have until on or before April 10, 2020, to file any reply and that the matter be noted for April 10, 2020.

Dated this 25th day of February, 2020.

*[signature]*
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

**ORDER EXTENDING TIME TO RESPOND TO 2255 MOTION**
**No. 2:14-cv-00938-RSL**
*Dorsey v. United States*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970