UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVAUGHN DORSEY,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. C14-938RSL<br><br>MINUTE ORDER |

    The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

    On July 22, 2020, petitioner filed a "Motion for Stay of Proceedings." Dkt. #57. Motions to stay must be noted for consideration on the third Friday after filing pursuant to LCR 7(d)(3). The Clerk of Court is therefore directed to renote Dkt. #57 on the Court's calendar for Friday, August 7, 2020.

    DATED this 23rd day of July, 2020.

                                                                                          <u>s/Michael Williams for</u>
                                                                              Kerry Simonds, Deputy Clerk to the
                                                                              Honorable Robert S. Lasnik,
                                                                              United States District Judge

MINUTE ORDER - 1