The Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEVAUGHN DORSEY,

    Defendant-Petitioner,

vs.

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

Case No. 14-CV-938-RSL
(08-CR-245-RSL)

ORDER

Upon the motion of Defendant-Petitioner Devaughn Dorsey to withdraw motion to stay the proceedings, and for good cause shown,

IT IS HEREBY ORDERED that the motion is granted and Petitioner's previously filed motion to stay the proceedings (Dkt.57) is withdrawn.

Dated: September 9, 2021

*/s/ Robert S. Lasnik*
Hon. Robert S. Lasnik
United States District Court Judge

---

Proposed Order
Presented by Matthew M. Robinson
Petitionerr's Motion to Supplement
No. 2:14-cv-00938-RSL
Dorsey v. United States

Robinson & Brandt, PSC
629 Main Street, Suite B
Covington, KY 41011
859-581-7777 phone
859-581-5777 fax