UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVAUGHN DORSEY,<br><br>   Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | Case No. C14-938-RSL<br><br>ORDER REQUESTING RESPONSE AND RENOTING PETITIONER'S MOTION |

  This matter comes before the Court on petitioner Devaughn Dorsey's "Motion for Certificate of Appealability." (Dkt. # 77). On November 12, 2021, the Court entered an Order denying petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Dkt. # 75) (the "Habeas Order"). The Habeas Order also addressed petitioner's numerous motions to amend his § 2255 motion and other related motions for relief. See Dkt. # 75 at 29. However, the Habeas Order was silent on petitioner's entitlement to a certificate of appealability. See generally id.

  The Court may direct the parties to submit arguments on whether a certificate of appealability should issue. Rules Governing Section 2255 Proceedings, Rule 11(a); see also Local Rules W.D. Wash. LCR 100(a). The Court requests a response from the government, which may be filed no later than April 4, 2022. Petitioner may file a reply no later than April 8,

ORDER REQUESTING RESPONSE AND
RENOTING PETITIONER'S MOTION - 1

1 | 2022. The Clerk of Court is directed to renote petitioner's Motion for Certificate of
2 | Appealability (Dkt. # 77) to April 8, 2022.
3 |     DATED this 18th day of March, 2022.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER REQUESTING RESPONSE AND
RENOTING PETITIONER'S MOTION - 2